**United States District Court**
For the Northern District of California

1
2
3
4
5
6                                IN THE UNITED STATES DISTRICT COURT
7
                                FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9
10   OLIVER MEYER                                    NO. CV 07-03755 JCS

11              Plaintiff,                           **CLERK'S NOTICE RE: FAILURE
         v.                                          TO FILE ELECTRONICALLY
12                                                   AND/OR REGISTER AS AN E-
                                                     FILER**
13   ALBANY CITY OF , ET AL
                Defendant.
14   _____/

15
     On **7/20/07**, counsel for **Plaintiff** filed a **Complaint** manually, on paper. This case has been
16
     designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.
17
18
     The above mentioned paper document has been filed and docketed. However, General Order 45
19
     provides at Section III that cases assigned to judges who participate in the e-filing program "shall be
20
     presumptively designated" as e-filing cases. Therefore, counsel for **Plaintiff** should submit the
21
     **Complaint**, in PDF format within 10 days, as an attachment in an *e-mail* message directed to the judges
22
     chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges** button and
23
     follow the procedure listed there).  Do *not* e-file a document which has been previously filed on paper,
24
     as is the case with the above mentioned filing. All subsequent papers should be e-filed.
25
26
     Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to
27
     become an ECF User and be assigned a user ID and password for access to the system upon designation
28

1  of the action as being subject to ECF."  Counsel in this case who have not yet registered as ECF Users
2  must do so immediately.  Forms and instructions for registering can be found on the Court's Web site
3  at ecf.cand.uscourts.gov.

4  Dated: August 7, 2007                <u>Gina Agustine-Rivas</u>
                                                                   Deputy Clerk

2