# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-Filing

OLIVER MEYER,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

CITY OF ALBANY, a public entity; OFFICER MANNY TORREZ #16; and DOES 1-10, Jointly and Severally,

C 07 3755

JCS

TO: (Name and address of defendant)

CITY OF ALBANY, 1000 San Pablo Avenue, Albany, CA 94706

OFFICER MANNY TORREZ, Albany Police Department, 1000 San Pablo Avenue, Albany, CA 94706

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HUNTER PYLE, SBN 191125
PAMELA KONG, SBN 220912
SUNDEEN SALINAS & PYLE
1330 Broadway, Suite 1830
Oakland, CA 94612

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE   JUL 2 0 2007

MARY ANN BUCKLEY
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action.

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | August 9, 2007 |

| Name of SERVER | TITLE |
|---|---|
| Deborah Dean | Legal Assistant |

*Check one box below to indicate appropriate method of service*

[X] Served Personally upon the Defendant. Place where served:

City of Albany
1000 San Pable Avenue
Albany, CA  94706

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| None | $15 | $15 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date

*Signature of Server*

Address of Server: 1330 Broadway, Suite 1830
Oakland, CA  94612

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.