UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVER MEYER,<br><br>    Plaintiff(s),<br><br>v.<br><br>CITY OF ALBANY, a public entity;<br>OFFICER MANNY TORREZ #16, et el.<br>    Defendant(s).<br>_____/ | No. C 07 3755 JCS<br><br>**CONSENT TO PROCEED BEFORE A<br>UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: September 17, 2007

Signature _____
LOREN B. HOPKINS
Counsel for Defendants
(Plaintiff, Defendant or indicate "pro se")
CITY OF ALBANY and
OFFICER MANNY TORREZ

**PROOF OF SERVICE**
C.C.P. Section 1013a, C.C.P. Section 2015.5
*Meyer v. City of Albany*
U.S. District Court, Northern District

**I DECLARE** that I am employed in the County of Marin, California. I am over the age of eighteen years and not a party to the within entitled cause; my business address is 1100 Larkspur Landing Circle, Suite 200, Larkspur, CA 94939. On **September 17, 2007**, I served a true copy of the attached:

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

on the involved parties in said cause, in the manner indicated as follows:

**Attorneys for Plaintiff**
Hunter Pyle, Esq.
Pamela Kong, Esq.
Sundeen Salinas & Pyle
1330 Broadway, Suite 1830
Oakland, CA 94612
Tel: (510) 663-9240
Fax: (510) 663-9241
E-Mail: hpyle@ssrplaw.com

[X] **BY MAIL**: I placed a true copy thereof in a sealed envelope, with postage thereon fully prepaid for first-class mail, in the designated outgoing mail receptacle at Bradley, Curley, Asiano, Barrabee & Crawford, P.C. for collection by another employee who is responsible in the normal course of business, for depositing the stamped envelopes for mailing this same day in the United States Mail at Larkspur, California.

[ ] **BY PERSONAL SERVICE**: I placed a true copy thereof in a sealed envelope, and caused such envelope to be delivered by hand to the addressee(s) noted on service list.

[ ] **BY FACSIMILE**: I personally sent to the addressee's telecopier number indicated after the address(es) noted above, a true copy of the above-described document(s) and verified transmission.

[ ] **BY EXPRESS MAIL**: I caused each such envelope to be deposited into a designated express mail box for pick up on the date of execution of this declaration.

[X] **E-FILING**: I personally sent via e-mail a true and correct copy of the above-described document (s) to the e-mail address (es) of the party (ies) listed on the attached mailing list.

/ / /

/ / /

1       I declare under penalty or perjury that the foregoing is true and correct, and that this
2 Declaration was executed at Larkspur, California, on **September 17, 2007**.

3

4                                                                        Susan N. Ashton

5

6  F:\DOCS\GH\7294\P\POS.wpd