ANN M. ASIANO, ESQ. (SBN 094891)
LOREN B. HOPKINS (SBN 219256)
BRADLEY, CURLEY, ASIANO, BARRABEE & CRAWFORD, P.C.
1100 Larkspur Landing Circle
Suite 200
Larkspur, CA 94939
Telephone: (415) 464-8888
Facsimile: (415) 464-8887
ama@professionals-law.com
lhopkins@professionals-law.com

Attorneys for Defendants
CITY OF ALBANY and
OFFICER MANNY TORREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OLIVER MEYER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF ALBANY, a public entity;<br>OFFICER MANNY TORREZ #16; and<br>DOES 1-10, Jointly and Severally,<br><br>　　　　　Defendants. | No. **C 07 3755 JCS**<br><br>**DEFENDANTS CITY OF ALBANY'S AND OFFICER MANNY TORREZ' NOTICE OF UNAVAILABILITY OF COUNSEL** |

TO: ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

**NOTICE IS HEREBY GIVEN** that from September 27, 2007 through October 8, 2007, Loren B. Hopkins, attorney for Defendants CITY OF ALBANY and OFFICER MANNY TORREZ, will be out of the office and unavailable for any purpose whatsoever, including but not limited to, receiving notices of any kind, responding to ex-parte applications, appearing in court, or attending depositions.

///

BRADLEY, CURLEY,
ASIANO, BARRABEE &
CRAWFORD, P.C.,
1100 Larkspur Landing
Circle, Suite 200
Larkspur, CA 94939
TEL (415) 464-8888
FAX (415) 464-8887

- 1 -

DEFENDANTS CITY OF ALBANY'S AND OFFICER MANNY TORREZ' NOTICE OF UNAVAILABILITY OF COUNSEL

This notice is given pursuant to the case of *Tenderloin Housing Clinic v. Sparks* (1992) 8 Cal.App.4th 299. Purposeful scheduling of a conflicting proceeding without good cause during the period of notice is sanctionable conduct pursuant to the *Tenderloin* case.

Dated: September 17, 2007

BRADLEY, CURLEY, ASIANO, BARRABEE & CRAWFORD, P.C.

_____
LOREN B. HOPKINS
Attorneys for Defendants
CITY OF ALBANY and MANNY TORREZ

F:\DOCS\GH\7294\P\Not of Unavailability.wpd

BRADLEY, CURLEY, ASIANO, BARRABEE & CRAWFORD, P.C.,
1100 Larkspur Landing Circle, Suite 200
Larkspur, CA 94939
TEL (415) 464-8888
FAX (415) 464-8887

- 2 -

DEFENDANTS CITY OF ALBANY'S AND OFFICER MANNY TORREZ' NOTICE OF UNAVAILABILITY OF COUNSEL

**PROOF OF SERVICE**
C.C.P. Section 1013a, C.C.P. Section 2015.5
*Meyer v. City of Albany*
U.S. District Court, Northern District

**I DECLARE** that I am employed in the County of Marin, California. I am over the age of eighteen years and not a party to the within entitled cause; my business address is 1100 Larkspur Landing Circle, Suite 200, Larkspur, CA 94939. On **September 17, 2007,** I served a true copy of the attached:

**DEFENDANTS CITY OF ALBANY'S AND OFFICER MANNY TORREZ' NOTICE OF UNAVAILABILITY OF COUNSEL**

on the involved parties in said cause, in the manner indicated as follows:

**Attorneys for Plaintiff**
Hunter Pyle, Esq.
Pamela Kong, Esq.
Sundeen Salinas & Pyle
1330 Broadway, Suite 1830
Oakland, CA 94612
Tel: (510) 663-9240
Fax: (510) 663-9241
E-Mail: hpyle@ssrplaw.com

[X] **BY MAIL**: I placed a true copy thereof in a sealed envelope, with postage thereon fully prepaid for first-class mail, in the designated outgoing mail receptacle at Bradley, Curley, Asiano, Barrabee & Crawford, P.C. for collection by another employee who is responsible in the normal course of business, for depositing the stamped envelopes for mailing this same day in the United States Mail at Larkspur, California.

[ ] **BY PERSONAL SERVICE**: I placed a true copy thereof in a sealed envelope, and caused such envelope to be delivered by hand to the addressee(s) noted on service list.

[ ] **BY FACSIMILE**: I personally sent to the addressee's telecopier number indicated after the address(es) noted above, a true copy of the above-described document(s) and verified transmission.

[ ] **BY EXPRESS MAIL**: I caused each such envelope to be deposited into a designated express mail box for pick up on the date of execution of this declaration.

[X] **E-FILING**: I personally sent via e-mail a true and correct copy of the above-described document (s) to the e-mail address (es) of the party (ies) listed on the attached mailing list.

/ / /

1 |      I declare under penalty or perjury that the foregoing is true and correct, and that this
2 | Declaration was executed at Larkspur, California, on **September 17, 2007**.

 

                                                                              _/s/ Susan N. Ashton_
                                                                                Susan N. Ashton

F:\DOCS\GH\7294\P\POS.wpd