09/29/2007 14:29  5105588363                                    PAGE 01/01
09/29/2007 15:34  5106639241           SSRPLAW.COM              PAGE 01/01

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Oliver Meyer,

            Plaintiff(s),

v.

City of Albany, a public entity; Officer Manny Torrez #16; and DOES 1-10, Jointly and Severally,

            Defendant(s).

Case No. C 07 3755 JCS

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 9/29/07

                                    [Party] Plaintiff
                                    Oliver Meyer

Dated: 9/29/07

                                    [Counsel] for Plaintiff
                                    Hunter Pyle

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

NDC-17A