UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Oliver Meyer,

        Plaintiff(s),

v.

City of Albany, a public entity; Officer
Manny Torrez #16; and DOES 1-10,
Jointly and Severally,
        Defendant(s).

Case No. C 07 3755 JCS

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 28 September, 2007

[Party] Defendant
City of Albany

Dated: 10/03/07

[Party] Defendant
Officer Manny Torrez

Dated: 26 September 2007

[Counsel] for Defendants
Loren B. Hopkins

---

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Oliver Meyer,

Plaintiff(s),

v.

City of Albany, a public entity; Officer Manny Torrez #16; and DOES 1-10, Jointly and Severally,

Defendant(s).
_____/

Case No. C 07 3755 JCS

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: _____

Dated: _____

Dated: *[signature]*

[Party] Defendant
City of Albany

[Party] Defendant
Officer Manny Torrez

[Counsel] for Defendants
Loren B. Hopkins

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

NDC-17A