UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Oliver Meyer,

CASE NO. C 07 3755 JCS

Plaintiff(s),

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

v.

City of Albany, a public entity; Officer
Manny Torrez #16; and DOES 1-10, Jointly
and Severly,

Defendant(s).

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

- [ ] Non-binding Arbitration (ADR L.R. 4)
- [ ] Early Neutral Evaluation (ENE) (ADR L.R. 5)
- [X] Mediation (ADR L.R. 6) (With a Magistrate due to the subject matter of the dispute).

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**

- [ ] Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:

- [ ] the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
- [X] other requested deadline by the end of February 2008 or early March 2008.

Dated: 9/29/07

Attorney for Plaintiff
Hunter Pyle

Dated: _____

Attorney for Defendant(s)
Loren B. Hopkins

NDC-ADR6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**Oliver Meyer,**

CASE NO. **C 07 3755 JCS**

Plaintiff(s),

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

v.

**City of Albany, a public entity; Officer Manny Torrez #16; and DOES 1-10, Jointly and Severly,**

Defendant(s).

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

☐ Non-binding Arbitration (ADR L.R. 4)
☐ Early Neutral Evaluation (ENE)  (ADR L.R. 5)
☒ Mediation (ADR L.R. 6)(With a Magistrate due to the subject matter of the dispute).

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R . 3-5)*

**Private Process:**

☐ Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☒ other requested deadline  by the end of February 2008 or early March 2008.

Dated: _____

Attorney for Plaintiff
Hunter Pyle

Dated: [signature]

Attorney for Defendant(s)
Loren B. Hopkins

NDC-ADR6

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

### [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- [ ] Non-binding Arbitration
- [ ] Early Neutral Evaluation (ENE)
- [ ] Mediation
- [ ] Private ADR

Deadline for ADR session
- [ ] 90 days from the date of this order.
- [ ] other _____

IT IS SO ORDERED.

Dated: _____

_____
UNITED STATES                JUDGE