ARTHUR W. CURLEY
ANN M. ASIANO
STEVEN D. BARRABEE
ADAM S. ABEL
ERIC A. GALE
MICHAEL KOWALSKI, D.D.S.
KEVIN M. SMITH
ROBERT W. MARCHI
JOHN J. FRITSCH
MARK R. GIBSON
LOREN B. HOPKINS
GREGORY M. MACDONALD
CAROLYN A. GYERMEK

*Of Counsel*
FREDERICK W. BRADLEY
BERNADETTE M. BANTLY
DANIEL J. CRAWFORD*
PATRICIA H. PERRY

* ALSO ADMITTED IN COLORADO

# BRADLEY, CURLEY, ASIANO BARRABEE & CRAWFORD
- A PROFESSIONAL CORPORATION -

1100 LARKSPUR LANDING CIRCLE
SUITE 200
LARKSPUR, CA 94939

TELEPHONE (415) 464-8888
FACSIMILE (415) 464-8887
WWW.PROFESSIONALS-LAW.COM

REPLY TO:
► LARKSPUR

SAN FRANCISCO
One Embarcadero Center
Fifth Floor
San Francisco, CA 94111

SACRAMENTO
980 Ninth Street
Sixteenth Floor
Sacramento, CA 95814

NEWPORT BEACH
5000 Birch Street
Suite 3000, West Tower
Newport Beach, CA 92660

October 19, 2007

The Honorable Joseph C. Spero
Magistrate Judge of the U.S. District Court
Northern District of California
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3483

  Re: **Oliver Meyer v. City of Albany, et al.**
    United States District Court, Northern District Case No. **C 07 3755 JCS**
    Our File No.: GH-7294
    Our Clients: City of Albany and Officer Manny Torrez

Dear Judge Spero:

  I am writing to request authorization to appear on behalf of Defendants City of Albany and Officer Many Torrez in the stead of lead trial counsel, Ms. Ann Asiano, Esq. Ms. Asiano is unavailable to appear at the initial Case Management Conference on Friday, October 26, 2007 at 1:30 p.m. Pursuant to CIVIL LOCAL RULE 16-10 (a), I hereby request that Ms. Asiano be excused from appearing at the initial Case Management Conference. Further, I request authorization to appear in her stead as co-counsel and attorney of record for Defendants.

  For your quick reference, I have enclosed the applicable part of RULE 16-10(a).

**16-10. Case Management Conference.**

1. **(a) Initial Case Management Conference.** Unless otherwise ordered, no later than the date specified in the Order Setting Initial Case Management Conference, the Court will conduct an initial Case Management Conference. The assigned District Judge may designate a Magistrate Judge to conduct the initial Case Management Conference and, subject to 28 U.S.C. § 636, other pretrial proceedings in the case. *Unless excused by the Judge, lead trial counsel for each party must attend the initial Case Management Conference.*

The Honorable Joseph C. Spero
October 19, 2007
Page 2

Thank you for your attention to the foregoing.

Very truly yours,

Loren B. Hopkins

LBH/sna

cc:   Hunter Pyle, Esq. (*Via U.S. Mail*)

   Pamela Kong, Esq. (*Via U.S. Mail*)

F:\DOCS\GH\7294\L\Judge Spero 004.wpd