# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**CASE NO.  C 07-03755 JCS**

**CASE NAME:  OLIVER MEYER v. CITY OF ALBANY**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: October 26, 2007     **TIME**: 16 mins | **COURT REPORTER**: Not recorded |
| **COUNSEL FOR PLAINTIFF:**<br>Hunter Pyle | **COUNSEL FOR DEFENDANT:**<br>Loren B. Hopkins |

| PROCEEDINGS: | RULING: |
|---|---|
| 1. Initial Case Management Conference | Held. |

**ORDERED AFTER HEARING:**

Case referred to Court's ADR program for Mediation to occur within 90 days, or in lieu of Court sponsored Mediation, the parties may opt for private mediation.
Plaintiff shall contact the two (2) eyewitnesses to be deposed.
Joint updated case management conference statement due by 2/8/8.

**ORDER TO BE PREPARED BY:**     () Plaintiff     () Defendant     (X) Court

**CASE CONTINUED TO:**   02/15/08 at 1:30 p.m., for a further case mgmt conference.

Number of Depos: 3 ea side before Mediation          Discovery Cutoff:

Expert Disclosure:          Expert Rebuttal:          Expert Discovery Cutoff:

Motions Hearing:     at 9:30 a.m.           Pretrial Conference:     at 1:30 p.m.

Trial Date:          at 8:30 a.m.  ()Jury     ()Court      Set for     days

cc:     Chambers; Karen, ADR
* (T) = Telephonic Appearance