# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Meyer,<br><br>              Plaintiff(s),<br><br>     v.<br><br>City of Albany,<br><br>              Defendant(s). | 07-03755 JCS MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**James Hodgkins**
Office of the City Attorney of the City of Oakland
1 Frank H. Ogawa Plaza, 6th FL.
Oakland, CA 94612
(510) 238-6135

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-03755 JCS MED                                    - 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: October 30, 2007

          RICHARD W. WIEKING
          Clerk
          by:    Alice M. Fiel

          ADR Case Administrator
          415-522-3148
          Alice_Fiel@cand.uscourts.gov

United States District Court
Northern District of California

**Notice of Appointment of Mediator**
07-03755 JCS MED                        - 2 -