UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OLIVER MEYER,

        Plaintiff(s),

  v.

CITY OF ALBANY, ET AL.,

        Defendant(s).

_____/

Case No. C-07-03755 JCS

**CASE MANAGEMENT AND PRETRIAL ORDER**

Following a case management conference held on **October 26, 2007,**

IT IS HEREBY ORDERED THAT:

1. This case shall be referred to the Court's ADR program for Mediation, to occur within ninety (90) days. In lieu of the Court sponsored ADR program, the parties may elect to attend private mediation. If the parties elect private mediation, the parties shall advise the Court with the name of the mediator, and the mediation date.

2. Plaintiff shall contact the two (2) eyewitnesses to be deposed.

3. Each side may take up to a total of three (3) depositions before the mediation.

4. An updated joint case management conference statement shall be due by **February 8, 2008.**

5. A further case management conference is set for **February 15, 2008, at 1:30 p.m.**

IT IS SO ORDERED.

Dated: October 30, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge