ARTHUR W. CURLEY
ANN M. ASIANO
STEVEN D. BARRABEE
ADAM S. ABEL
ERIC A. GALE
MICHAEL KOWALSKI, D.D.S.
KEVIN M. SMITH
ROBERT W. MARCHI
JOHN J. FRITSCH
MARK R. GIBSON
LOREN B. HOPKINS
GREGORY M. MACDONALD
CAROLYN A. GYERMEK

*Of Counsel*

FREDERICK W. BRADLEY
BERNADETTE M. BANTLY
DANIEL J. CRAWFORD*
PATRICIA H. PERRY

* ALSO ADMITTED IN COLORADO

**BRADLEY, CURLEY, ASIANO BARRABEE & CRAWFORD**
- A PROFESSIONAL CORPORATION -

1100 LARKSPUR LANDING CIRCLE
SUITE 200
LARKSPUR, CA 94939

TELEPHONE (415) 464-8888
FACSIMILE (415) 464-8887
WWW.PROFESSIONALS-LAW.COM

REPLY TO:
▶ LARKSPUR

SAN FRANCISCO
One Embarcadero Center
Fifth Floor
San Francisco, CA 94111

SACRAMENTO
980 Ninth Street
Sixteenth Floor
Sacramento, CA 95814

NEWPORT BEACH
5000 Birch Street
Suite 3000, West Tower
Newport Beach, CA 92660

November 29, 2007

*Via Electronic Filing*

The Honorable Joseph C. Spero
Magistrate Judge of the U.S. District Court
Northern District of California
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3483

    Re: **Oliver Meyer v. City of Albany, et al.**
         United States District Court, Northern District Case No. **C 07 3755 JCS**
         Our File No.: GH-7294
         Our Clients: City of Albany and Officer Manny Torrez

Dear Judge Spero:

    I am writing to inform the court that the parties have now conferred with the mediator, Mr. Hodgkins and have established a time table to complete the necessary depositions pre-mediation as well as complete the mediation in the above matter. The parties have also determined that they will require additional time due to the loss of several days during the holiday season, the location of one witness and other scheduling difficulties encountered thus far. The parties have discussed the same and propose the following.

    The parties hereby request *a three (3) week extension* beyond the January 24, 2007 deadline to complete the necessary depositions and mediation. The extension shall be up to and including February 13, 2007. Further, the parties have agreed to mediate on February 8, 2007 at 10:00 a.m. This date is said to work for all parties, including Mr. Hodgkins. With this revised schedule, none of the parties should be prejudiced, the mediation will be held at a time where it will be meaningful (as the necessary discovery will be completed) and the Case Management Conference can proceed as originally set for February 15, 2007 at 1:30 p.m.

The Honorable Joseph C. Spero
November 29, 2007
Page 2

    Thank you for your attention to the foregoing.

                                 Very truly yours,

                                 Loren B. Hopkins

LBH/sna
cc:    Hunter Pyle, Esq. (*Via U.S. Mail*)
        Pamela Kong, Esq. (*Via U.S. Mail*)
        Jim Hodgkins, Esq. (*Via U.S. Mail*)

F:\DOCS\GH\7294\L\Judge Spero 005.wpd

The Honorable Joseph C. Spero
Magistrate Judge of the U.S. District Court
Northern District of California
U.S. Courthouse
Courtroom A, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3483

Case No. C 07 3755 JCS
E-Filing Chambers Copy

# Bradley, Curley, Asiano, Barrabee & Crawford
## NEW FILE OPENING FORM

| | |
|---|---|
| **CASE NAME:** Meyer v. City of Albany | **CCA AMA** |
| **OUR CLIENT:** City of Albany | |
| **BCABC FILE NO:** GH-7294 | **RA1 LBH** |
| **FEE BILL CODE:** | |

## CARRIER INFORMATION

| | |
|---|---|
| CONTACT: Steve Kochly<br>TITLE: Manager<br>COMPANY: George Hills Company, Inc.<br>ADDRESS: 313 Lennon Lane, Ste. 200<br>Walnut Creek, CA 94598<br>Tel. (925) 472-4983<br>Fax (925) 472-4999<br>E-MAIL: steve.kochly@georgehills.com<br>GH FILE NO.: 1-12114-43<br>DATE OF LOSS: 4/15/07<br><br>**COPY OF BILL ALSO GOES TO**<br><br>Robert Zweben<br>City Attorney<br>City of Albany<br>1730 Solano Avenue<br>Berkeley, CA 94707 | **Mediator Appointed**<br><br>James Hodgkins<br>Office of the City Attorney of the City of Oakland<br>1 Frank H. Ogawa Plaza, 6th Floor<br>Oakland, CA 94612<br>Tel: (510) 238-6135<br><br>**cc: on all reports NOT BILLS**<br><br>Michael Groff<br>Litigation Manager<br>Bickmore Risk Services<br>1831 "K" Street<br>Sacramento, CA 95814<br><br>Beth Pollard<br>City of Albany<br>1000 San Pablo Avenue<br>Albany, CA 94706<br><br>Robert Zweben<br>City Attorney<br>City of Albany<br>1730 Solano Avenue<br>Berkeley, CA 94707<br><br>Mark Stone<br>George Hills Company, Inc<br>11060 White Rock Rd., Ste. 200<br>Rancho Cordova, CA 95670.<br><br>**EXPERT RETAINED**<br><br>Don Cameron<br>Consultant<br>2336 Banbury Loop<br>Martinez, CA 94553<br>Tel. (925) 228-0318<br>Fax (925) 228-0890 |

## BILLING INFORMATION

| | |
|---|---|
| RATE/TERMS: Rate Code #20 @ 1/1/01 (formerly X)<br>$162.50/attorney<br>CYCLE: Quarterly | RATE/TERMS:<br>CYCLE:<br>FORWARDING: |

## PARTY INFORMATION
(for additional parties, see reverse)

| | |
|---|---|
| PLAINTIFF: Oliver Meyer<br>ATTORNEY Hunter Pyle and Pamela Kong<br>FIRM NAME: Sundeen Salinas & Pyle<br>FIRM ADDRESS: 1330 Broadway, Ste. 1830<br>Oakland, CA 94612<br>TELEPHONE: (510) 663-9240<br>FAX: (510) 663-9241<br>E-Mail: hpyle@ssrplaw.com | Clients:<br><br>Defendant Manny Torrez<br>Albany Police Dept.<br>1000 San Pablo Avenue<br>Albany, CA 94706<br>**Cell No.: (925) 642-4003**<br><br>Defendant Bill Boehm<br>Albany Police Dept.<br>1000 San Pablo Avenue<br>Albany, CA 94706<br>**Cell No.: (408) 373-9382** |
| **CLIENT INFORMATION**<br><br>Beth Pollard<br>City of Albany<br>1000 San Pablo Avenue<br>Albany, CA 94706 | **CLIENT INFORMATION** |
| **SUIT INFORMATION**<br><br>COURT/COUNTY: US District Court, Northern Division<br>DOCKET NO: C073755 JCS<br>GH FILE NO. 1-12114-43<br>DATE COMPLAINT FILED: 5/30/07<br>SUMMONS & COMPLAINT SERVED: not properly served yet<br>**ANSWER DUE: September 21, 2007 via Stipulation**<br>   CMC   10/26/07<br>   TIME:  1:30 pm<br>   DEPT:  A      STATEMENT: October 11, 2007 | **NATURE OF COMPLAINT/CASE DESCRIPTION**<br><br>**Special Information:**<br><br>   Civil Rights Action wherein excess force was used upon Mr. Meyer and Mr. Meyer's arm or elbow was broken during the time of his arrest as Albany police officers attempted to handcuff him. |