1  ANN M. ASIANO        (SBN 094891)
   LOREN B. HOPKINS     (SBN 219256)
2  BRADLEY, CURLEY, ASIANO, BARRABEE & CRAWFORD, P.C.
   1100 Larkspur Landing Circle, Suite 200
3  Larkspur, CA 94939
   Telephone: (415) 464-8888
4  Facsimile:  (415) 464-8887
   E.mail: ama@professionals-law.com
5  E-Mail: lhopkins@professionals-law.com

6  Attorneys for Defendants
   CITY OF ALBANY and MANNY TORREZ
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12  OLIVER MEYER,                    )  No. **C 07-3755 JCS**
                                     )
13              Plaintiff,           )  **NOTICE OF ERRATA**
                                     )
14       v.                          )
                                     )
15                                   )
    CITY OF ALBANY, a public entity; )
16  OFFICER MANNY TORREZ #16; and    )
    DOES 1-10, Jointly and Severally,)
17                                   )
                Defendants.          )
18  _____)

19

20  TO COURT, PLAINTIFF AND PLAINTIFF'S ATTORNEY OF RECORD:

21       Defendants CITY OF ALBANY and MANNY TORREZ hereby provide notice that three

22  documents were caused to be filed in error which error occurred in the filing of correspondence

23  from Loren B. Hopkins to Magistrate Spero dated Friday, November 30, 2007. The documents

24  appear as pages 3-5 of a 5 page filing. The filing was meant to include correspondence of two pages

25  in length only.

26       The documents which were filed and served in error are referenced below as follows:

27  **1.      Document containing address of Magistrate Spero Referenced as Page 3 of 5;**

28  **2.      Internal Document Referenced as Page 4 of 5;**

BRADLEY, CURLEY,
ASIANO, BARRABEE
& CRAWFORD, P.C.;
1100 Larkspur
Landing Circle, Suite
200
Larkspur, CA 94939
Tel: (415) 464-8888
Fax: (415) 464-8887

- 1 -

NOTICE OF ERRATA

1  **3.  Internal Document Referenced as Page 5 of 5.**

2

3 Dated: December 5, 2007

BRADLEY, CURLEY, ASIANO, BARRABEE & CRAWFORD, P.C.

_____
LOREN B. HOPKINS
Attorneys for Defendants
CITY OF ALBANY and MANNY TORREZ

F:\DOCS\GH\7294\P\Not of Errata.wpd

BRADLEY, CURLEY, ASIANO, BARRABEE & CRAWFORD, P.C.;
1100 Larkspur Landing Circle, Suite 200
Larkspur, CA 94939
Tel: (415) 464-8888
Fax: (415) 464-8887

NOTICE OF ERRATA