1  HUNTER PYLE, SBN 191125
   PAMELA KONG, SBN 220912
2  SUNDEEN SALINAS & PYLE
   1330 Broadway, Suite 1830
3  Oakland, California 94612

4  Telephone: (510) 663-9240
   Facsimile: (510) 663-9241
5
   hpyle@ssrplaw.com
6  pkong@ssrplaw.com

7  Attorneys for Plaintiff
   OLIVER MEYER
8
   ANN M. ASIANO, SBN 94891
9  LOREN B. HOPKINS, SBN 219256
   BRADLEY, CURLEY, ASIANO, BARRABEE & CRAWFORD, P.C.
10 1100 Larkspur Landing Circle, Suite 200
   Larkspur, CA 94939
11
   Telephone: (415) 464-8888
12 Facsimile: (415) 464-8887

13 ama@professionals-law.com
   lhopkins@@professionals-law.com
14

15 Attorneys for Defendants
   CITY OF ALBANY and
16 OFFICER MANNY TORREZ

17              UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA

19 | OLIVER MEYER,                              | Case No. C 07-3755 JCS
20 |         Plaintiff,                         | STIPULATION AND PROPOSED ORDER
   |                                            | RE. FIRST AMENDED COMPLAINT
21 |    vs.                                     |
22 | CITY OF ALBANY, a public entity; OFFICER   |
   | MANNY TORREZ #16; and DOES 1-10, Jointly   |
23 | and Severally,                             |
24 |         Defendants.                        |
25

---

STIPULATION AND PROPOSED ORDER RE. FIRST AMENDED COMPLAINT
MEYER v. CITY OF ALBANY et al., Case No. 07-3755 JCS
-1-

## STIPULATION

Defendants CITY OF ALBANY, a public entity, and OFFICER MANNY TORREZ, by and through their attorneys of record, hereby stipulate that they do not oppose the request of plaintiff OLIVER MEYER for leave to file the First Amended Complaint that is attached hereto as Exhibit A.

Dated: December 5, 2007

SUNDEEN SALINAS & PYLE

By: *[signature]*
Hunter Pyle

Attorneys for Plaintiff
OLIVER MEYER

Dated: December 5, 2007

BRADLEY, CURLEY, ASIANO, BARRABEE & CRAWFORD, P.C.

By: *[signature]*
Loren Hopkins

Attorneys for Defendants
CITY OF ALBANY and
OFFICER MANNY TORREZ

## PROPOSED ORDER

Defendants CITY OF ALBANY and OFFICER MANNY TORREZ having stipulated that they do not oppose the request of plaintiff OLIVER MEYER for leave to file the First Amended Complaint that is attached hereto as Exhibit A, the Court hereby grants plaintiff OLIVER MEYER leave to file the First Amended Complaint that is attached hereto as Exhibit A.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

HON. JOSEPH C. SPERO
United States Magistrate Judge

---

**STIPULATION AND PROPOSED ORDER RE. FIRST AMENDED COMPLAINT**
MEYER v. CITY OF ALBANY et al., Case No. 07-3755 JCS
-3-