# SUNDEEN SALINAS & PYLE

ATTORNEYS AT LAW

**1330 BROADWAY, SUITE 1830**
**OAKLAND, CALIFORNIA  94612**

RUBEN SUNDEEN
ROBERT SALINAS
HUNTER PYLE
PAMELA KONG

TELEPHONE  (510) 663-9240
FACSIMILE   (510) 663-9241
hpyle@ssrplaw.com
www.ssrplaw.com

December 14, 2007

*By efiling to:*

Hon. Joseph C. Spero
United States Magistrate Judge
United States District Court
Northern District of California
450 Golden Gate Avenue, Ctrm A
San Francisco, CA  94102-3483

      Re:    **Oliver Meyer v. City of Albany, et al**.
               United States District Court, Northern District of California
               No. C-07-3755 JCS

Dear Judge Spero,

    Plaintiff Oliver Meyer hereby requests that the Court grant him leave to file the proposed First Amended Complaint that is attached to the Stipulation and Proposed Order filed herewith.  Defendants do not oppose this request.

    Thank you for considering this request.

                                                    Sincerely,

                                                    SUNDEEN SALINAS & PYLE

                                                    Hunter Pyle

HP/hp
*Cc:    Loren B. Hopkins, Esq.*