| | |
|---|---|
| 1 | HUNTER PYLE, SBN 191125 |
|   | PAMELA KONG, SBN 220912 |
| 2 | SUNDEEN SALINAS & PYLE |
|   | 1330 Broadway, Suite 1830 |
| 3 | Oakland, California 94612 |
| 4 | Telephone: (510) 663-9240 |
|   | Facsimile: (510) 663-9241 |
| 5 | |
|   | hpyle@ssrplaw.com |
| 6 | pkong@ssrplaw.com |
| 7 | Attorneys for Plaintiff |
|   | OLIVER MEYER |
| 8 | |
|   | ANN M. ASIANO, SBN 94891 |
| 9 | LOREN B. HOPKINS, SBN 219256 |
|   | BRADLEY, CURLEY, ASIANO, BARRABEE & CRAWFORD, P.C. |
| 10 | 1100 Larkspur Landing Circle, Suite 200 |
|   | Larkspur, CA 94939 |
| 11 | |
|   | Telephone: (415) 464-8888 |
| 12 | Facsimile: (415) 464-8887 |
| 13 | ama@professionals-law.com |
|   | lhopkins@@professionals-law.com |
| 14 | |
| 15 | Attorneys for Defendants |
|   | CITY OF ALBANY and |
| 16 | OFFICER MANNY TORREZ |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVER MEYER, | Case No. C 07-3755 JCS |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER RE. FIRST AMENDED COMPLAINT |
| vs. | |
| CITY OF ALBANY, a public entity; OFFICER MANNY TORREZ #16; and DOES 1-10, Jointly and Severally, | |
| Defendants. | |

**STIPULATION AND ~~PROPOSED~~ ORDER RE. FIRST AMENDED COMPLAINT**
MEYER v. CITY OF ALBANY et al., Case No. 07-3755 JCS
-1-

## STIPULATION

Defendants CITY OF ALBANY, a public entity, and OFFICER MANNY TORREZ, by and through their attorneys of record, hereby stipulate that they do not oppose the request of plaintiff OLIVER MEYER for leave to file the First Amended Complaint that is attached hereto as Exhibit A.

Dated: December 5, 2007

SUNDEEN SALINAS & PYLE

By: _____
Hunter Pyle

Attorneys for Plaintiff
OLIVER MEYER

Dated: December 5, 2007

BRADLEY, CURLEY, ASIANO, BARRABEE & CRAWFORD, P.C.

By: _____
Loren Hopkins

Attorneys for Defendants
CITY OF ALBANY and
OFFICER MANNY TORREZ

## ~~PROPOSED~~ ORDER

Defendants CITY OF ALBANY and OFFICER MANNY TORREZ having stipulated that they do not oppose the request of plaintiff OLIVER MEYER for leave to file the First Amended Complaint that is attached hereto as Exhibit A, the Court hereby grants plaintiff OLIVER MEYER leave to file the First Amended Complaint that is attached hereto as Exhibit A.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:    Dec. 17, 2007



_____
HON. JOSEPH C. SPERO
United States Magistrate Judge