1  **HUNTER PYLE, SBN 191125**
   **PAMELA KONG, SBN 220912**
2  SUNDEEN SALINAS & PYLE
   1330 Broadway, Suite 1830
3  Oakland, California 94612

4  Telephone: (510) 663-9240
   Facsimile: (510) 663-9241
5
   hpyle@ssrplaw.com
6  pkong@ssrplaw.com

7  Attorneys for Plaintiff
   OLIVER MEYER
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| OLIVER MEYER, | Case No. C 07-3755 JCS |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| CITY OF ALBANY, a public entity; OFFICER MANNY TORREZ #16; and DOES 1-10, Jointly and Severally, | |
| Defendants. | |

Plaintiff Oliver Meyer hereby notifies the Court that this matter settled at the court-ordered mediation on February 8, 2008. Accordingly, plaintiff requests that the Court continue the case management conference set for February 15, 2008, to a date in early April 2008 in order to permit the parties adequate time to fully resolve this matter. Plaintiff anticipates filing a request for dismissal well before that date.

1  Dated: February 8, 2008                    SUNDEEN SALINAS & PYLE

2                                             By:_/S/_____
                                                  Hunter Pyle
3
                                              Attorneys for Plaintiff
4                                             OLIVER MEYER

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**NOTICE OF SETTLEMENT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
MEYER v. CITY OF ALBANY et al., Case No. 07-3755 JCS
-2-