# UNITED STATES DISTRICT COURT
## Northern District of California

Meyer,

    Plaintiff(s),

v.

City of Albany,

    Defendant(s).

No. C 07-03755 JCS MED

**Certification of ADR Session**

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __2/8/08__

2. Did the case settle? ☒ fully ☐ partially ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no

4. IS THIS ADR PROCESS COMPLETED? ☒ YES ☐ NO

Dated: __2/8/08__

_/s/ James F. Hodgkins_
Mediator, James Hodgkins
Office of the City Attorney of the City of Oakland
1 Frank H. Ogawa Plaza, 6th FL.
Oakland, CA 94612

Certification of ADR Session
07-03755 JCS MED