United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVER MEYER, | No. C 07-03755 (JCS) |
| Plaintiff(s), | |
| v. | CLERK'S NOTICE |
| CITY OF ALBANY, ET AL., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

    YOU ARE NOTIFIED THAT pursuant to the Order of Dismissal entered on February 12, 2008, all pending dates before Magistrate Judge Spero have been taken off calendar.

Dated: February 12, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Karen L. Hom
Courtroom Deputy