1  HUNTER PYLE, SBN 191125
   PAMELA KONG, SBN 220912
2  SUNDEEN SALINAS & PYLE
   1330 Broadway, Suite 1830
3  Oakland, California 94612

4  Telephone: (510) 663-9240
   Facsimile: (510) 663-9241
5
   hpyle@ssrplaw.com
6  pkong@ssrplaw.com

7  Attorneys for Plaintiff
   OLIVER MEYER
8
   **ANN M. ASIANO, SBN 94891**
9  **LOREN B. HOPKINS, SBN 219256**
   BRADLEY, CURLEY, ASIANO, BARRABEE & CRAWFORD, P.C.
10 1100 Larkspur Landing Circle, Suite 200
   Larkspur, CA 94939
11
   Telephone: (415) 464-8888
12 Facsimile: (415) 464-8887

13 ama@professionals-law.com
   lhopkins@@professionals-law.com
14
   Attorneys for Defendants
15 CITY OF ALBANY;
   OFFICER MANNY TORREZ; and
16 OFFICER WILLIAM BOEHM

17              UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA

19 | OLIVER MEYER,                                 | Case No. C 07-3755 JCS
20 |         Plaintiff,                            | **STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER FRCP 41(A)(2) AND ORDER THEREON**
21 |    vs.                                        |
22 | CITY OF ALBANY, a public entity; OFFICER MANNY TORREZ #16; and DOES 1-10, Jointly and Severally, |
23 |                                               |
24 |         Defendants.                           |
25

## STIPULATION

TO THE COURT AND ALL PARTIES OF RECORD:

Plaintiff OLIVER MEYER, by and through his attorneys of record, and defendants CITY OF ALBANY, OFFICER MANNY TORREZ, and OFFICER WILLIAM BOEHM by and through their attorneys of record, hereby stipulate to dismissal of this action with prejudice, each party to bear its own attorneys fees and costs.

Dated: March 19, 2008

SUNDEEN SALINAS & PYLE

By: _____
Hunter Pyle

Attorneys for Plaintiff
ZAHRA SEDAGHATPOUR

Dated: March 19, 2008

BRADLEY, CURLEY, ASIANO, BARRABEE & CRAWFORD, P.C.

By: _____
Ann Asiano

Attorneys for Defendants
CITY OF ALBANY;
OFFICER MANNY TORREZ; and
OFFICER WILLIAM BOEHM

## ORDER

The Court having read and considered the foregoing stipulation, and good cause appearing, this action is dismissed with prejudice, each party to bear its own attorneys fees and costs.

IT IS SO ORDERED

Dated: March 25, 2008



**STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER FRCP 41(A)(2) AND ORDER THEREON**
MEYER v. CITY OF ALBANY et al., Case No. 07-3755 JCS
-3-

**PROOF OF SERVICE**
C.C.P. Section 1013a, C.C.P. Section 2015.5
*Meyer v. City of Albany*
U.S. District Court, Northern District of California
Case No. C 07-3755 JCS

**I DECLARE** that I am employed in the County of Marin, California. I am over the age of eighteen years and not a party to the within entitled cause; my business address is 1100 Larkspur Landing Circle, Suite 200, Larkspur, CA 94939. On **March 24, 2008**, I served a true copy of the attached:

**STIPULATION FOR DISMISS OF COMPLAINT WITH PREJUDICE
PER FRCP 41(A)(2) AND ORDER THEREON**

on the involved parties in said cause, in the manner indicated as follows:

**Attorneys for Plaintiff**
Hunter Pyle, Esq.
Pamela Kong, Esq.
Sundeen Salinas & Pyle
1330 Broadway, Suite 1830
Oakland, CA 94612
Tel: (510) 663-9240
Fax: (510) 663-9241
E-Mail: hpyle@ssrplaw.com

[X]  **BY MAIL**: I placed a true copy thereof in a sealed envelope, with postage thereon fully prepaid for first-class mail, in the designated outgoing mail receptacle at Bradley, Curley, Asiano, Barrabee & Gale, P.C. for collection by another employee who is responsible in the normal course of business, for depositing the stamped envelopes for mailing this same day in the United States Mail at Larkspur, California.

[ ]  **BY PERSONAL SERVICE VIA E-MAIL**: by transmitting via e-mail a true and correct copy of the above-described document (s) to the e-mail address (es) of the party (ies) listed on the attached mailing list.

[ ]  **BY FACSIMILE**: I personally sent to the addressee's telecopier number indicated after the address(es) noted above, a true copy of the above-described document(s) and verified transmission.

I declare under penalty or perjury that the foregoing is true and correct, and that this Declaration was executed at Larkspur, California, on **March 24, 2008**.

_____
Susan N. Ashton

F:\DOCS\GH\7294\P\POS.wpd